|    |    |    |
|----|----|----|
| 1  |    |    |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN PAUL REYNOSO,

      Petitioner,                          No. CIV S-06-1291 FCD DAD P

    vs.

G.J. GIURBINO, Warden,

      Respondent.                     ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, has filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254, together with an application to proceed in forma pauperis.

        In his habeas petition, petitioner challenges a judgment of conviction entered by the Tulare County Superior Court. Tulare County is part of the Fresno Division of the United States District Court for the Eastern District of California. See Local Rule 3-120(d). A civil action which has not been commenced in the proper division of this court may, on the court's own motion, be transferred to the proper division of the court. See Local Rule 3-120(f). This action will therefore be transferred to the Fresno Division of the court for all further proceedings.

/////

/////

/////

1

1       Good cause appearing, IT IS HEREBY ORDERED that:

2       1. This action is transferred to the United States District Court for the Eastern

3 District of California sitting in Fresno; and

4       2. All future filings shall reference the new Fresno case number to be assigned

5 and shall be filed at:

6     United States District Court
    Eastern District of California
7     2500 Tulare Street
    Fresno, CA 93721

9 DATED: June 15, 2006.

                _____
                DALE A. DROZD
                UNITED STATES MAGISTRATE JUDGE

13 DAD:13:mp
    reyn1291.109