IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN PAUL REYNOSO,<br>                    Petitioner,<br><br>          vs.<br><br>G. J. GIURBINO, Warden,<br><br>                    Respondent.<br>_____/ | 1:06-cv-0757-OWW-TAG HC<br><br>ORDER GRANTING MOTION TO<br>PROCEED IN FORMA PAUPERIS<br><br>(Doc. 2) |

        Petitioner is a state prisoner proceeding with a petition for writ of habeas corpus pursuant to

28 U.S.C. § 2254.

        Petitioner has filed an application to proceed in forma pauperis and a certified copy of

petitioner's prison trust account statement.   (Doc. 2).  Examination of these documents reveals that

petitioner is unable to afford the costs of this action.  Accordingly, the motion to proceed in forma

pauperis (Doc. 2), is GRANTED.  See 28 U.S.C. § 1915.


IT IS SO ORDERED.

Dated:   **June 28, 2006**                                            **/s/ Theresa A. Goldner**
**j6eb3d**                                                    UNITED STATES MAGISTRATE JUDGE